1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JACOB M. MIKOW, CSBN 238045
5  Special Assistant United States Attorney
6      Social Security Administration
7      333 Market St., Suite 1500
       San Francisco, CA  94105
8      Telephone: (415) 977-8976
9      Facsimile: (415) 744-0134
       Email: jacob.mikow@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SERENA Y. MAPP, | No. 2:09-CV-00719-MAN |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

The Court having approved defendant's Ex Parte Motion and Memorandum in Support of Motion To Reopen lodged concurrently with the lodging of the within Judgment, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

DATED:   December 9, 2011

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE