1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Serena Y. Mapp

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 SERENA Y. MAPP,                  ) Case No.:   2:09-cv-00719-MAN
                                    )
12          Plaintiff,              ) [PROPOSED] ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                          ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                                  )
            Defendant               )
16 _____  )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses ("Stipulation"):
19
        IT IS ORDERED that fees and expenses in the amount of $3,000.00, as
20
   authorized by 28 U.S.C. § 2412, and costs in the amount of $60.00, as authorized
21
   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:  February 8, 2012
23
                                        /s/ Margaret A. Nagle
24                                      _____
                                           MARGARET A. NAGLE
25                                      UNITED STATES MAGISTRATE JUDGE

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3   /s/ *Denise Bourgeois Haley*
    _____
4   Denise Bourgeois Haley
    Attorney for plaintiff Serena Y. Mapp
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26